# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8693 PA (AJWx) | Date | April 13, 2011 |
|---|---|---|---|
| Title | Gabriela Cisneros, et al. v. Papa John's USA, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

On October 18, 2010 plaintiffs Gabriela Cisneros, Roxanna Guzman, Jose Holguin, Christian Gonzalez, Javier Castellanes, Angel Castrellon, and Raul Manzano (collectively "Plaintiffs") filed this putative class action on behalf of themselves and all persons who were, are, or will be employed by Papa John's USA, Inc., V&H Supreme, Inc., Vazgen Karchikyan, and Hakob Karchikyan (collectively "Defendants") as food service workers. Defendants removed this action to this Court on November 15, 2010. Among others, Plaintiffs bring a claim against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201 ("FLSA").

Local Rule 23-3 provides that "[w]ithin 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995 . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court." Any motion for class certification should have been filed no later than February 15, 2011. As of this date, Plaintiffs have not filed a motion for class certification of the FLSA claim despite the fact that this action was removed and has been pending in the Central District for more than 90 days. Nor did Plaintiffs seek leave of the Court for an extension of time to file a motion for class certification of the FLSA claim prior to the expiration of the time within which to timely file such a motion. Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing why the class action allegations on the FLSA claim should not be stricken for failure to timely file a motion for class certification.

Plaintiffs' response to the order to show cause shall be filed by April 27, 2011. Defendants' response shall be filed by May 11, 2011. Neither party's response shall exceed 15 pages.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer